(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

William E Hopkins, Sr.,

_____
(Name of Plaintiff or Plaintiffs)

v.    CIVIL ACTION NO. 0 6 - 9 2

Kristofor D. Steel &
Miller Brothers Masonry
(Name of Defendant or Defendants)

## COMPLAINT

1. This action is brought pursuant to  28 U.S.C. 1331
   (Federal statute on which action is based)
   for discrimination related to right to be represented by Lawyer jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)
   8(a) FRCP
   (Federal statute on which jurisdiction is based)

2. Plaintiff resides at  P.O. Box 1064
   (Street Address)
   Millsboro    Sussex    Delaware    19966
   (City)      (County)   (State)    (Zip Code)
   302-945-2527
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at  c/o Ms Mary Sherlock Esq
   (Street Address)
   108 East Water St  Dover  Kent  Delaware  19903
   (City)    (County)  (State)    (Zip Code)

4. The alleged discriminatory acts occurred on  05 , 01 , 04
   (Day)    (Month)   (Year)

5. The alleged discriminatory practice  ☑ is   ☐ is not  continuing.

3

6.  Plaintiff(s) filed charges with the <u>Superior Court of Delaware</u>
    (Agency)
    <u>Georgetown    Sussex    Delaware  19966</u>
    (Street Address)    (City)    (County)    (State) (Zip)
    regarding defendant(s) alleged discriminatory conduct on: _____
    (Date)

7.  Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8.  Was an appeal taken from the agency's decision?    Yes ☒    No ☐
    If yes, to whom was the appeal taken? <u>Supreme Court of Delaware</u>

9.  The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

On 01-05-04 Defendant's Lawyer Ms Sherlock petition Court for Dismissal of Civil Action #1 01C-12-024 Knowing that Plantiff was not given sufficient time to obtain lawey after being present and agreeing to Mr Fletcher withdrawal from case on 12-31-03 with a trial scheduled six day later and oposition against Request for continuance to allow sufficient time to obtain a lawyer by Mr. Hopkins

10. Defendant's conduct is discriminatory with respect to the following:
    A.  ☐  Plaintiff's race
    B.  ☐  Plaintiff's color
    C.  ☐  Plaintiff's sex
    D.  ☐  Plaintiff's religion
    E.  ☐  Plaintiff's national origin

Plaintiff Education + knowledge of legal rights + abilities

4

11.     Plaintiff prays for the following relief:   (Indicate the exact relief requested)

Be compensated for abuse and injuries caused and afflicted by defendants in the amount of $50,000 per defendant

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 1-31-06

William E Hopkins Sr
(Signature of Plaintiff)

§JS 44 (Rev. 11/04)                 **CIVIL COVER SHEET**          06 - 92

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
William E Hopkins

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff: Sussex
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Kent
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known): Mary E Sherlock Esq
108 East Water St
Dover, DE 19903

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** / **CIVIL RIGHTS** / **PRISONER PETITIONS** | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation / ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure / ☐ 442 Employment / **Habeas Corpus:** | | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment / ☐ 443 Housing/Accommodations / ☐ 530 General | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land / ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability / ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property / ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | | ☐ 950 Constitutionality of State Statutes |
| ☒ 440 Other Civil Rights / ☐ 555 Prison Condition | | | | |

### V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
6th & 14th Amendments Fair Trial & Equal Protection of Law

Brief description of cause:
Dismissed Civil Action without sufficient time to obtain Lawyer

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE      DOCKET NUMBER

DATE: 01/31/06
SIGNATURE OF ATTORNEY OF RECORD: William E Hopkins Sr

**FOR OFFICE USE ONLY**
RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE