IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM E. HOPKINS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-92 JJF |
| | ) | |
| KRISTOFOR D. STEEL, | ) | |
| MILLER BROTHERS MASONRY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this _16_ day of _February_ , 2006,
the Court having considered the application to proceed without
prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge